UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Twelve Twelve Nashville, LLC

                                                Plaintiff,

v.                                                              Case No.: 3:20−cv−00423

The Cincinnati Insurance Company, et al.

                                                Defendant,

## ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/23/2021 re [40].

                                                                     Lynda M. Hill
                                                  s/ Lindsay Newsom, Deputy Clerk